| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 28 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

J.B.,

      Plaintiff-Petitioner,

 v.

CRAIGSLIST, INC.,

      Defendant-Respondent.

No. 21-80133

D.C. No. 4:19-cv-07848-HSG
Northern District of California,
Oakland

ORDER

Before: BERZON and BENNETT, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

AB